ELECTRONIC ORDER IN <u>GONZALEZ V. OPTION ONE MORTGAGE CORP. ET AL.</u>, 12 CV 1470 (CSH)

3/13/14 – Plaintiff's Motion to Compel, filed 5/18/13 (Dkt. #18), is <u>denied without prejudice to renew at a future time</u>, in light of the stay of discovery imposed by Senior U.S. District Judge Charles S. Haight, Jr. on 2/6/13.  (Dkt. #13).

Plaintiffs' Motion to Stay/Restraining Order/Injunctions from Ejection, filed 1/24/14 (Dkt. #28) is <u>denied</u> for the reasons stated in Defendant Deutsche Bank National Trust Company's brief in opposition, filed 2/14/14.  (Dkt. #29).